In The 



Court of Appeals



Ninth District of Texas at Beaumont


________________



NO. 09-09-00172-CR


 _____________________



REAGAN AARON OLIVER, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 93210







MEMORANDUM OPINION


 We have before the Court a request from the appellant, Reagan Aaron Oliver, to
dismiss his appeal. See Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by
appellant personally and joined by counsel of record. No opinion has issued in this appeal. 
The motion is granted. The appeal is dismissed. 

 APPEAL DISMISSED. 

 ________________________________

 DAVID GAULTNEY

 Justice 

Opinion Delivered June 24, 2009 

Do not publish


Before McKeithen, C.J., Gaultney and Kreger, JJ.